Malik J. MOSS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 416, 2016

Supreme Court of Delaware.

Submitted: June 14, 2017

Decided: June 28, 2017

Court Below: Superior Court of the State of Delaware, Cr. I.D. No. 1505002467 (N)

AFFIRMED.

Parris HAMILTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 124, 2016

Supreme Court of Delaware.

Submitted: May 26, 2017

Decided: June 28, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0910017490 (N)

AFFIRMED.

Michael HUNT, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 282, 2016

Supreme Court of Delaware.

Submitted: April 7, 2017

Decided: June 28, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 0110007903 (N), 0106014370 (N)

AFFIRMED.

Shawn DANIELS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 490, 2016

Supreme Court of Delaware.

Submitted: May 17, 2017

Decided: June 28, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1509003025 (N)

AFFIRMED.